AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br>Michael Parker<br><br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No. 4:22-MJ-00134 |

**FILED**

MAR 0 3 2022

Clerk, U.S. District Court
Eastern District of Texas

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 2, 2022__ in the county of __Collin__ in the _____ District of _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 846 | Conspiracy to possess with the intent to distribute a mixture or substance containing a detectable amount of Fentanyl |

This criminal complaint is based on these facts:
See the attached affidavit of Task Force Officer James Wickham with DEA.

☑ Continued on the attached sheet.

_____
*Complainant's signature*
TFO James Wickham, DEA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by:

*(specify reliable electronic means).*

Date: 03/03/2022

City and state: Plano, Texas

_____
*Judge's signature*
Kimberly C. Priest Johnson, U.S. Magistrate Judge
*Printed name and title*