FILED

MAR - 7 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § CASE NUMBER 4:22-MJ-00134 |
| v. | § § |
| MICHAEL PARKER | § § § |

## ORDER

The Defendant's initial appearance was held on March 7, 2022. Pursuant to Federal Rule of Criminal Procedure 5.1, the Court conducted a preliminary hearing on March 7, 2022. Defendant executed a waiver at hearing. Based on the signed waiver, the Court finds that there is probable cause to believe that an offense has been committed and that Defendant, **MICHAEL PARKER**, should be held over to answer to the grand jury.

**IT IS SO ORDERED.**

Signed March 7, 2022.

_____
CHRISTINE A. NOWAK
UNITED STATES MAGISTRATE JUDGE