IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION



FILED
MAR - 7 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| | § CASE NUMBER 4:22-MJ-00134 |
| v. | § |
| | § |
| | § |
| MICHAEL PARKER | § |

# ORDER OF DETENTION

The Court held a hearing to consider the matter of Defendant's detention pending trial. Defendant waived his right to a detention hearing. It is therefore

ORDERED that the Defendant is detained pending trial without prejudice to him re-raising the issue of pretrial detention if circumstances change.

Signed March 7, 2022.

_____
CHRISTINE A. NOWAK
UNITED STATES MAGISTRATE JUDGE